750

*Messrs. Harvey L. Lechner, Drury W. Cooper,* and *John D. Morgan* for petitioner. *Mr. Lawrence Bristol* for respondents.

No. 749. BUDLONG *v.* BUDLONG. May 5, 1930. Petition for writ of certiorari to the Superior Court for the County of Newport, Rhode Island, denied. *Margaret W. Budlong, pro se. Mr. Arthur M. Allen* for respondent.

No. 751. WRIGHTSVILLE & TENNILLE R. Co. *v.* CITIZENS & SOUTHERN NATIONAL BANK ET AL. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Alexander R. Lawton* for petitioner. *Mr. Charles E. Wainwright* for respondents.

No. 752. ROBINSON, TRUSTEE, *v.* DICKEY, TRUSTEE IN BANKRUPTCY. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Arthur O. Fording* for petitioner. *Mr. Robert F. Cogswell* for respondent.

No. 762. HERKIMER NATIONAL BANK *v.* BLUE, TRUSTEE IN BANKRUPTCY. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles E. Snyder* for petitioner. No appearance for respondent.

No. 694. BEW *v.* UNITED STATES. May 5, 1930. Petition for writ of certiorari to the Court of Claims denied.